United States Bankruptcy Court
District of Connecticut

In re:  
Ralph Anthony Rossi  
    Debtor

Case No. 19-21424-jjt  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0205-2    User: kborton    Page 1 of 1    Date Rcvd: Aug 16, 2019  
                       Form ID: 309A    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2019.
```
db             +Ralph Anthony Rossi,    13 Cricket Road,    East Windsor, CT 06088-9536
tr             +John J. O'Neil,    255 Main Street,    Hartford, CT 06106-1821
9092000        +American Express Centurion Bank,    Attn: President or CEO,    4315 S. 2700 West,
                 Salt Lake City, UT 84148-0001
9092003        +Bank of America,    Attn: President or CEO,    PO Box 45144,    Jacksonville, FL 32232-5144
9092006        +First National Bank Omaha,    Attn: President or CEO,    1620 Dodge Street,
                 Omaha, NE 68197-0002
9092007         IRS - Internal Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
9092009        +JCMCB Card Services,    Attn: President or CEO,    PO Box 15369,    Wilmington, DE 19850-5369
9092008        +Jaff & Asher LLP,    600 Third Avenue,    New York, NY 10016-1901
9092010         Radius Global Solutions,    Attn: President or CEO,    78312 Glenroy Road, Suite 250,
                 Minneapolis, MN 55439
9092011        +TD Bank USA,    Attn: President or CEO,    7000 Target Pkwy North,    Minneapolis, MN 55445-4301
9092013        +Zwicker & Associates, PC,    1699 King Street, Suite 207,    Enfield, CT 06082-6052
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Aug 16 2019 18:50:30      U. S. Trustee,
                 Office of the U.S. Trustee,    Giaimo Federal Building,    150 Court Street, Room 302,
                 New Haven, CT 06510-2022
9092001        +EDI: ARSN.COM Aug 16 2019 22:43:00      ARS National Services,    Attn: President or CEO,
                 530 Corporate Drive,    Escondido, CA 92029-1501
9092002         EDI: BANKAMER.COM Aug 16 2019 22:43:00      Bank of America,    Attn: President or CEO,
                 P.O. Box 982238,    El Paso, TX 79998-2238
9092004        +E-mail/Text: bankruptcy@bbandt.com Aug 16 2019 18:50:23      BB&T,    Attn: President or CEO,
                 PO Box 1704,    Clemmons, NC 27012-1704
9092005         EDI: CHASE.COM Aug 16 2019 22:43:00      Chase,    Attn: President or CEO,    PO Box 15298,
                 Wilmington, DE 19850-5298
9092012        +EDI: WFFC.COM Aug 16 2019 22:43:00      Wells Fargo Dealer Services,
                 Attn: Corresp MAC T9017-021,    6061 N State Hwy 161, 2nd Fl,    Irving, TX 75038-2259
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
```
              John J. O'Neil    joneil1776@yahoo.com, ct03@ecfcbis.com
              U. S. Trustee     USTPRegion02.NH.ECF@USDOJ.GOV
                                                                              TOTAL: 2
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Ralph Anthony Rossi** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2640** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Connecticut** <br> Case number:   **19–21424 jjt** | | Date case filed for chapter   **7**   **8/16/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Ralph Anthony Rossi | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13 Cricket Road <br> East Windsor, CT 06088 | |
| 4. | **Debtor's attorney** <br> Name and address | Ralph Anthony Rossi <br> 13 Cricket Road <br> East Windsor, CT 06088 | Contact phone 860–752–3101 |
| 5. | **Bankruptcy trustee** <br> Name and address | John J. O'Neil <br> 255 Main Street <br> Hartford, CT 06106 | Contact phone (860)527–3271 |

>

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 Main Street<br>7th Floor<br>Hartford, CT 06103 | **Hours Open:** 9:00 a.m. – 4:00 p.m. Monday – Friday<br>**Contact phone:** 860–240–3675<br>**VCIS:** Toll Free 1–866–222–8029<br>**Date:** 8/16/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 25, 2019 at 10:00 AM**<br><br>**PLEASE ARRIVE 20 MINUTES BEFORE YOUR SCHEDULED HEARING TIME ABOVE TO ALLOW FOR THE SECURITY SCREENING PROCESS REQUIRED TO ENTER THE BUILDING.** | Location:<br><br>**450 Main Street, Room 742, Hartford, CT 06103** |
| **8.** | **Presumption of abuse** | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | **Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.** |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/25/19** |
| | | **Discharge will not enter unless the Debtor's Certification of financial Management (Official Form B23) is filed:**<br>Please note: This is not the same as the pre–filing credit counseling certificate. | **Filing deadline:** 11/25/19 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Deadline to File Reaffirmation Agreements:** | **Filing deadline:** 11/25/19 |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the | |

objection by the deadline to object to exemptions in line 9.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**